1 James W. Sullivan, Esq. sbn #63624
2 E. Soren Diaz, Esq. sbn #152101
LOMBARDO & GILLES, LLP
3 318 Cayuga Street
Salinas, California  93901
Telephone:  831.754.2444
4 Facsimile:  831.754.2011

5 Attorneys for Plaintiff
Gold Coast Harvesting, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GOLD COAST HARVESTING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SELECT ONION COMPANY, LLC, FARRELL LARSON, and DOES 1 through 50, inclusive, | Case No. 1:08:CV-01529-LJO-GSA<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CERTAIN CAUSES OF ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)] |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), and a Settlement Agreement resolving the claims for onions received by Defendants, the Parties by and through their respective counsel hereby stipulate that the following causes of action be dismissed with prejudice:  the second cause of action (Breach of Contract Against Defendant Select); the third cause of action (Enforcement of Statutory Trust Provisions Against All Defendants); the fourth cause of action (For Violation of Perishable Agricultural Commodities Act - Failure to Account and Pay Promptly Against All Defendants); the fifth cause of action (For Injunctive Relief and/or Temporary Restraining Order Against All Defendants); the sixth cause of action

_____       1
Gold Coast Harvesting v. Select Onion, et al.
Case No. 1:08:CV-01529-LJO-GSA
Stipulation and Order for Dismissal

(For Unjust Enrichment Against All Defendants); the seventh cause of action (For Conversion Against All Defendants); and the eighth cause of action (For Declaratory Relief Against All Defendants).

3. There remaining no claims against Defendant Farrell Larson, the parties stipulate that he shall be dismissed as a Defendant in this case.

4. The parties shall bear their respective fees and costs in relation to the dismissed causes of action.

5. This Settlement Agreement may be executed in separate counterparts, and that upon such execution, this Stipulation shall constitute one binding Stipulation.

Date: Nov. 14, 2008          LOMBARDO & GILLES, LLP


By: /s/
   James W. Sullivan
   Attorneys for Plaintiff
   Gold Coast Harvesting, Inc.


Date: Dec. 15, 2008          RYNN & JANOWSKI, LLP


By: /s/
   Bart M. Botta
   Attorneys for Defendants Select Onion Company,
   LLC.and Farrell Larson


Date: Nov. 14, 2008          GOLD COAST HARVESTING INC. a California
                             Corporation


By: /s/
   Chris Gilles
   Its: manager

2

Gold Coast Harvesting v. Select Onion, et al.
Case No. 1:08:CV-01529-LJO-GSA
Stipulation and Order for Dismissal

1
2
3   Date: Nov. 14, 2008            SELECT ONION COMPANY, LLC an Oregon
                                         Limited Liability Company
4
5                                  By:   /s/
                                        Its: manager
6
7
8   Date:  Nov. 13, 2008            FARRELL LARSON
9
10                                        /s/
                                        Farrell Larson
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
                                                    3
28  _____
    Gold Coast Harvesting v. Select Onion, et al.
    Case No. 1:08:CV-01529-LJO-GSA
    Stipulation and Order for Dismissal

**ORDER**

Pursuant to the Stipulation between the parties,

IT IS HEREBY ORDERED that:

1. The following causes of action are dismissed with prejudice: respective counsel, hereby stipulate that the following causes of action be dismissed with prejudice: the second cause of action (Breach of Contract Against Defendant Select); the third cause of action (Enforcement of Statutory Trust Provisions Against All Defendants); the fourth cause of action (For Violation of Perishable Agricultural Commodities Act - Failure to Account and Pay Promptly Against All Defendants); the fifth cause of action (For Injunctive Relief and/or Temporary Restraining Order Against All Defendants); the sixth cause of action (For Unjust Enrichment Against All Defendants); the seventh cause of action (For Conversion Against All Defendants); and the eighth cause of action (For Declaratory Relief Against All Defendants).

2. Farrell Larson is dismissed as Defendant herein.

Date: December 18, 2008            /s/ Lawrence J. O'Neill__
                                   UNITED STATES DISTRICT JUDGE

---
4

Gold Coast Harvesting v. Select Onion, et al.
Case No. 1:08:CV-01529-LJO-GSA
Stipulation and Order for Dismissal