1 | BART M. BOTTA, State Bar No. 167051
RYNN & JANOWSKY, LLP
2 | 4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
3 | Telephone: (949) 752-2911
Facsimile: (949) 752-0953
4 | bart@rjlaw.com

5 | Attorneys for Defendant
SELECT ONION COMPANY, LLC

7 | JAMES W. SULLIVAN, State Bar No. 63624
E. Soren Diaz, State Bar No. 152101
8 | LOMBARDO & GILLES, LLP
318 Cayuga Street
9 | Salinas, California 93901
Telephone: 831.754.2444
10 | Facsimile: 831.754.2011
Jim@lomgil.com

11 | Attorneys for Plaintiff
12 | GOLD COAST HARVESTING, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD COAST HARVESTING, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SELECT ONION COMPANY, LLC; FARRELL LARSON; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 1:08:CV-01529-GSA<br><br>**JOINT STIPULATION CONTINUING SETTLEMENT CONFERENCE** |

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

| | |
|---|---|
| 1 | SELECT ONION COMPANY, LLC, |
| 2 | Counterclaimant, |
| 3 | v. |
| 4 | GOLD COAST HARVESTING, INC. a California Corporation, |
| 5 | Counterdefendant. |

6 COMES NOW, Plaintiff/Counterdefendant GOLD COAST HARVESTING, INC. ("Gold Coast") and Defendant/Counterclaimant SELECT ONION COMPANY, LLC ("Select")(Gold Coast and Select are sometimes referred to herein collectively as "the Parties"), by and through their respective counsel of record as set forth below, and stipulate as follows:

i. WHEREAS, on February 11, 2009, the above-captioned Court issued a Scheduling Order, which set several dates in the case, including a Settlement Conference before Magistrate Judge Dennis L. Beck on April 1, 2009 at 10:00 a.m. in Courtroom 9;

ii. WHEREAS, due to an inadvertent failure to docket this date by counsel for Select, and a current scheduling conflict, Select seeks to continue this Settlement Conference;

iii. WHEREAS, counsel for Gold Coast and Select both agree that continuing the Settlement Conference to another date will make the best use of the Court's time and resources and will result in the most productive Settlement Conference;

iv. WHEREAS, the parties agree that the Settlement Conference should be continued until April 16, 2009 at 10:30 a.m. in Courtroom 9, before the Honorable Dennis L. Beck.

/ / /

/ / /

/ / /

JOINT STIPULATION CONTINUING SETTLEMENT CONFERENCE
Case No. 1:08:CV-01529-GSA-DLB – Page 2

NOW, THEREFORE, the parties stipulate as follows:

1. The Settlement Conference currently scheduled for April 1, 2009 shall be taken off calendar and continued to another date;

2. The new date for the Settlement Conference shall be April 16, 2009 at 10:30 a.m. in Courtroom 9, 6th Floor, before the Honorable Dennis L. Beck, United Stated Magistrate Judge.

**SO STIPULATED.**

Date: March 27, 2009            RYNN & JANOWSKY, LLP

                                      By:  /s/ Bart M. Botta
                                                 Bart M. Botta
                                                 Attorneys for SELECT ONION CO., LLC

Date: March 27, 2009            LOMBARDO & GILLES, LLP

                                      By:  /s/ James W. Sullivan
                                                 James W. Sullivan
                                                 Attorneys for GOLD COAST HARVESTING, INC.

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

**O R D E R**

Having read and considered the foregoing Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Settlement Conference currently scheduled for April 1, 2009 shall be taken off calendar and continued to April 16, 2009 at 10:30 a.m. in Courtroom 9, 6th Floor, before the Honorable Dennis L. Beck, United Stated Magistrate Judge.

SO ORDERED.

DATED: 30 March 2009            /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953