1  BART M. BOTTA, State Bar No. 167051
   RYNN & JANOWSKY, LLP
2  4100 Newport Place Drive, Suite 700
   Newport Beach, CA 92660-2423
3  Telephone: (949) 752-2911
   Facsimile: (949) 752-0953
4  bart@rjlaw.com

5  Attorneys for Defendant
   SELECT ONION COMPANY, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD COAST HARVESTING, INC. a California Corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>SELECT ONION COMPANY, LLC; FARRELL LARSON; and DOES 1 through 50, inclusive,<br><br>              Defendants. | CASE NO. 1:08:CV-01529-GSA-DLB<br><br>**JOINT STIPULATION CONTINUING DISCOVERY CUT-OFF DATE, ORDER THEREON** |
| SELECT ONION COMPANY, LLC,<br><br>              Counterclaimant,<br><br>    v.<br><br>GOLD COAST HARVESTING, INC. a California Corporation,<br><br>              Counterdefendant. | |

COMES NOW, Plaintiff/Counterdefendant GOLD COAST HARVESTING, INC. ("Gold Coast") and Defendant/Counterclaimant SELECT ONION COMPANY, LLC ("Select")(Gold Coast and Select are sometimes referred to herein collectively as "the Parties"), by and through their respective counsel of record as set forth below, and respectfully move this Honorable Court for leave of Court to extend the non-expert discovery cut-off deadline, and in support thereof, the parties stipulate as follows:

i. WHEREAS, on February 11, 2009, the above-captioned Court issued a Scheduling Order, which set several dates in the case;

ii. WHEREAS, the parties and counsel attended a Settlement Conference before U.S. Magistrate Judge Dennis L. Beck on April 16, 2009, and made progress towards reaching a resolution in this dispute, but were unable to reach a full and final settlement;

iii. WHEREAS, the parties have exchanged their Rule 26 disclosures and have engaged in discovery including interrogatories, requests for admissions, and document production, and are still in the process of exchanging documents, discovery requests and responses. The facts and documents concerning the dispute and the transactions at issue are still in the process of being discovered through the discovery process. Consequently, the complexity of the transactions and newly discovered information and claims have resulted in the discovery process taking longer than anticipated;

iv. WHEREAS, the parties are still continuing settlement discussions in an attempt to reach a resolution of this entire dispute, which would eliminate the need to hold a trial in this case;

v.      WHEREAS, the discovery cut-off date by which all non-expert discovery is to be completed is currently set for June 1, 2009;

vi.     WHEREAS, the discovery cut-off dates for experts are currently set as follows: expert disclosure by July 1, 2009, supplemental experts by July 15, 2009 and expert discovery by August 15, 2009

vii.    WHEREAS, the dispositive motion cut-off date by which all pre-trial dispositive motions are to be filed is currently set for October 16, 2009;

viii.   WHEREAS, the parties believe that continuing the discovery cut-off date approximately 60 days will allow the discovery process to be completed, and would allow the parties to continue exchanging and reviewing documentation, and continue engaging in settlement negotiations, which potentially result in a settlement of this matter and would avoid the need to hold a trial, which would be the most efficient use of this Court's time and resources;

ix.     WHEREAS, the parties do not believe that continuing the discovery cut-off date will have any effect on the October 16, 2009 dispositive pre-trial motion filing deadline, or the January 14, 2010 pretrial conference date, or the February 23, 2010 trial date as set forth below;

x.      WHEREAS, the parties have not requested previous extensions of time for any of these dates, and the parties believe that the reasons listed herein support good cause for granting the request to continue these dates;

xi.     WHEREAS, Counsel hereby certifies that this request is not interposed for purposes of delay, but solely to fully and properly represent their respective clients in this litigation, and Counsel believe that the requested extension is necessary to properly prepare for both dispositive motions and trial.

/ / / /

/ / / /

/ / / /

Consequently, the parties hereby agree and stipulate, and respectfully request that the Court order for good cause the continuance of the following dates:

    (i)    all non-expert discovery is to be completed by July 31, 2009.

    (ii)    expert disclosure is to be completed by August 15, 2009; supplemental expert disclosure by September 1, 2009, and expert discovery by September 18, 2009.

Pursuant to Local Rules 6-144 and 83-143, IT IS SO STIPULATED.

Date: May 28, 2009                    RYNN & JANOWSKY, LLP

                                    By:    /s/ Bart M. Botta
                                               Bart M. Botta
                                               Attorneys for SELECT ONION CO., LLC

Date: May 28, 2009                      LOMBARDO & GILLES, LLP

                                               By:    /s/ James W. Sullivan
                                                 James W. Sullivan
                                               Attorneys for GOLD COAST HARVESTING, INC.

# **O R D E R**

Having read and considered the foregoing Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that the stipulation is approved **in part**. The discovery cut-off date by which all non-expert discovery is to be completed shall be continued for approximately 60 days from June 1, 2009 to July 31, 2009, expert disclosure is to be completed by August 15, 2009; supplemental expert disclosure by September 1, 2009, and expert discovery by September 18, 2009. Since the amended discovery deadlines extend beyond August 31, 2009, the current non-dispostive motion deadline, the court also extends the deadline for filing of non-dispsotive motions to October 1, 2009.

IT IS FURTHER HEREBY ORDERED that all other dates as set forth in the Court's February 11, 2009 Scheduling Order shall remain the same.

<u>SO ORDERED.</u>

DATED: May 28, 2009 /s/ Gary S. Austin
The Honorable Gary S. Austin
United States Magistrate Judge