IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD COAST HARVETING INC, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SELECT ONION COMPANY, LLC FARRELL LARSON, and DOES 1 through 50 inclusive,<br><br>Defendants. | 1:08-cv-1529 GSA<br><br>ORDER DISMISSING ACTION |

As per the stipulation filed by the parties on filed on August 20, 2009, the complaint is DISMISSED without prejudice and the counterclaim is DISMISSED with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The court will retain jurisdiction to enforce the settlement. (Doc. 35). The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 21, 2009**            **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

1