1
2
3
4
5

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

6
7
8
GOLD COAST HARVESTING, INC.,          )    1:08cv1529  GSA
a California Corporation,              )
                                      )
9                  Plaintiff,          )    ORDER DENYING EX PARTE APPLICATION
                                      )    FOR ORDER SHORTENING TIME TO HEAR
10     v.                              )    MOTION
                                      )
11                                     )
SELECT ONION COMPANY, LLC;            )    (Document 40)
12    FARRELL LARSON, and DOES          )
1 through 50, inclusive,              )
13                                     )
                   Defendants.         )
14                                     )
                                      )
15    _____)

16        The court has considered Select Onion Company's ("Defendant") Ex Parte Application to

17    Shorten Time to Hear Defendant's Motion to Reopen the Case and Determine Rights Under

18    Settlement Agreement filed on June 22, 2010.  (Docs 40 and 41).  The Court has also considered

19    Gold Coast Harvesting, Inc.'s, ("Plaintiff") opposition filed on June 23, 2010 (Doc. 42), as well

20    as Defendant's Reply filed on June 23, 2010. (Doc. 43).  The application is DENIED.

21        On June 25, 2010, the Court held an informal conference.  Bartholomew Botta and Farrell

22    Larson personally appeared on behalf of Defendant.  James Sullivan and Chris and Terry Gillis

23    personally appeared on behalf Plaintiff.  The Court arranged the conference to determine if the

24    parties could resolve this dispute independently.  However, this attempt was unsuccessful.

25        The Court is sensitive to the fact that the dispute in this action involves a perishable

26    product.  However, it is also apparent that there are complex contractual issues presented in this

27    case as Plaintiff has alleged several breaches of the contract by Defendant.  Given the limited

28    availability of Plaintiff's counsel and this Court's schedule, the Court is unable to adjudicate this

1

motion prior to **July 30, 2010.**  Accordingly, Plaintiff shall file any opposition to Defendant's Motion to Reopen the Case and Determine Rights Under Settlement Agreement no later than **July 16, 2010.**  Defendant shall file any reply no later than **July 23, 2010.**  The hearing will be held on **July 30, 2010** at 10:00 am in Courtroom 10.


IT IS SO ORDERED.

**Dated:**   **June 29, 2010**              **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2