James W. Sullivan, Esq., # 63624
E. Soren Diaz, Esq. #152101
LOMBARDO & GILLES, LLP
318 Cayuga Street
Salinas, California  93901
Telephone:  831.754.2444
Facsimile:  831.754.2011

Attorneys for Plaintiff
Gold Coast Harvesting, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GOLD COAST HARVESTING, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SELECT ONION COMPANY, LLC,, FARRELL LARSON, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 1:08:CV-01529-LJO-GSA<br><br>**ORDER VACATING HEARING**<br><br>(Doc. 41) |

　　　　As per the stipulation filed by the parties on July 12, 2010, the Defendant's Motion to Reopen Case and Determine Rights Under Settlement Agreement scheduled for July 30, 2010 at 10:00 is VACATED.  The motion is deemed withdrawn and the case is not reopened at this time.

　　　　IT IS SO ORDERED:

Dated: July 13, 2010　　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　The Honorable Gary S. Austin
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

Gold Coast Harvesting v. Select Onion, et al.
Case No. 1:08:CV-01529-LJO-GSA.
Order

1

PDF created with pdfFactory trial version www.pdffactory.com