THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GOLD COAST HARVESTING, INC., a California corporation,<br><br>      Plaintiff,<br><br>v.<br><br>SELECT ONION COMPANY, LLC,, FARRELL LARSON, and DOES 1 through 10, inclusive,<br><br>      Defendants.<br><br>And related cross action | Case No. 1:08:CV-01529-LJO-GSA<br><br>**AMENDED ORDER DISMISSING THE CASE** |

  Pursuant to a stipulation by the parties, on August 21, 2009, this Court issued an order dismissing the cross-complaint with prejudice and the complaint without prejudice. (Doc. 39). However, on May 10, 2011, the parties filed a Second Notice of Settlement pursuant to a Settlement Agreement dated April 8, 2011.

  Pursuant to the Second Settlement Agreement, the parties stipulate that Gold Coast's complaint be dismissed with prejudice, and that each party shall bear its own attorneys fees and costs.

---
Gold Coast Harvesting v. Select Onion, et al.
Case No. 1:08:CV-01529-LJO-GSA.
Notice of Settlement

1

Accordingly, IT IS HEREBY ORDERED that the complaint and the cross-complaint are dismissed with prejudice.  Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   **May 23, 2011**                              **/s/ Gary S. Austin**
                                                                       UNITED STATES MAGISTRATE JUDGE

_____
Gold Coast Harvesting v. Select Onion, et al.
Case No. 1:08:CV-01529-LJO-GSA.
Notice of Settlement

2